## CLARKE agt ALDEN

Majo$^r$ Tho: Clarke plaint. ag$^t$ Jn° Alden Defend$^t$ in an action of the case for witholding Six thousand foote of Merchantable boards which hee had order to deliver unto Majo$^r$ Gen$^{ll}$ Leverett now Governo$^r$ in the yeare .1664. [358] for which s$^d$ Alden received his Freight Four pounds ten Shillings but hath not delivered the boards according to order; by which meanes J am kep't out of my boardes & mony which J paide him for the Freight to my damage about twenty Five pounds and other due damages according to attachm$^t$ dat. 19° 11$^{mo}$ 1675. . . . The Jury . . . founde for the plaint. that the s$^d$ Defend$^t$ John Alden do pay & deliver or cause to bee paide & delivered unto

Majo[r] Tho: Clarke or his order Six thousand foote of good Merchantable board in Boston or Eighteen pounds in mony & costs of Court.

[ Cf. Clarke v. Alden, above, pp. 213–14; the review in the April session of this year, below, p. 685; and p. 706.]